FILED 2018 JUL 26 PM 1:35

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BYRON SUMLIN,<br>  aka "Bizzy,"<br>  aka "Bizzee,"<br><br>    Defendant. | CR No. 18-CR00473-CAS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A):<br>Engaging in the Business of<br>Dealing in Firearms Without a<br>License] |

The Grand Jury charges:

[18 U.S.C. § 922(a)(1)(A)]

From on or about August 28, 2014, through on or about January 7, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant BYRON SUMLIN, also known as ("aka") "Bizzy," aka "Bizzee," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically and including, but not limited to, the following firearms, on or about the following dates:

| Transfer Date | Firearm |
|---|---|
| August 28, 2014 | a Glock 19, 9mm pistol, bearing serial number VVE681 |
| September 11, 2014 | a Walther Arms, .40 caliber pistol, bearing serial number 406077 |
| January 16, 2015 | a Beretta, Model 9000s, .40 caliber pistol, bearing serial number SN000304 |
| May 5, 2015 | a Taurus, Model PT140, .40 caliber pistol, with an obliterated serial number |
| May 15, 2015 | a Glock 22, .40 caliber pistol, bearing serial number VZA755 |
| January 7, 2016 | a Glock 27, .40 caliber pistol, bearing serial number HLC745 |

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

FRANCES S. LEWIS
Assistant United States Attorney
General Crimes Section